# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 FEB 22 PM 4: 17

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 09-CR-132-J |
| DALE PATRICK THAYER, | |
| Defendant. | |

## ORDER REVOKING SUPERVISED RELEASE AND
## COMMITTING DEFENDANT

The above-entitled matter having come before the Court for hearing on February 22, 2017, upon a Petition For Warrant for Offender Under Supervision entered February 8, 2017; the plaintiff appearing by James Anderson, Assistant United States Attorney, Cheyenne, Wyoming, and the defendant appearing in person and by Daniel Blythe Assistant Federal Public Defender, Cheyenne, Wyoming; and the Defendant having admitted to violation 1 as set forth in the Petition for Warrant or Summons for Offender under Supervision; and the Court having heard the arguments offered in support of and in opposition to the petition, and being fully advised in the premises.

THE COURT HEREBY FINDS that the defendant, DALE PATRICK THAYER, has violated conditions of his Supervised Release, and that such violations warrant revocation of said Supervised Release.

NOW, THEREFORE, IT IS ORDERED that the Supervised Release heretofore

granted by the Court on May 3, 2016, be, and the same is hereby revoked.

IT IS FURTHER ORDERED that the defendant, DALE PATRICK THAYER, be, and he is hereby, committed to the custody of the United States Marshals to be imprisoned for a term of eighteen (18) months, as arranged by the Bureau of Prisons, to be followed by no further supervised release. The Court strongly recommends that the defendant be placed in either FCC Terre Haute or USP Marion and further recommends that the defendant be allowed to participate in any alcohol treatment programs that may be available.

IT IS FURTHER ORDERED that violation number 2 is dismissed by oral motion of the Government.

Dated this 22⁹ day of February, 2017.

Alan B. Johnson
United States District Judge

Inmate delivered to USP TH P Terre Haute, IN
3-13-2017

J. E. Krueger / Warden
by J. Howard CSD

2